**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WESLEY VANDERLAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **1:25-cv-00156** |
| **JENNIFER NEWTON,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

---

**NOTICE OF APPEARANCE**

---

COMES NOW John R. Cox and files his Notice of Appearance as counsel for Defendant in the above-referenced matter, and requests that copies of all pleadings, correspondence and orders be forwarded to his attention at the address listed below.

Respectfully submitted, this 18th day of July, 2025.

JRC Legal

s/ John R. Cox

JOHN R. COX (COX030)
30941 Mill Lane
Suite G-334
john@jrclegal.net
(251) 605-6121

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, and I have also sent the same via electronic mail and United States Postal Service to the following:

Stephen Wright Mullins, Sr.
The Mullins Law Firm, LLC
5551 Old Shell Rd Ste Unit 81750
Mobile, Alabama 36689-5566
Email: jackfish28@gmail.com

/s/John R. Cox