# CURRICULUM VITAE

## Wesley Blake Vanderlan, MD, FACS

| | | |
|---|---|---|
| **Current Position:** | **Surgical Specialists Associated**<br>**Trauma Surgeon** | **January 2016 - Present** |
| | **Lieutenant Colonel, Medical Corps**<br>**113th Medical Group**<br>**Ground Surgical Team Lead**<br>**District of Columbia Air National Guard**<br>**United States Air Force** | **July 2014 - Present** |
| | **Assistant Professor of Surgery**<br>**Uniformed Services University of the Health Sciences** | **March 2012 - Present** |
| | **Assistant Clinical Professor of Surgery**<br>**Louisiana State University, New Orleans** | **January 2016 - Present** |

**Address:** 5721 Roanoke Trail
Tallahassee, Florida 32312
Email: blakevanderlan@yahoo.com
Alternate Email: Blake.Vanderlan@gmail.com
Cellphone: 775.842.2903

**EDUCATION:**

Nova High School, Davie, Florida, 1979 – 1983.

BA, Physics, Clark University, Worcester, Massachusetts, 1983 – 1987.

Harvard College, Health Professions Program, Cambridge, Massachusetts, 1987 & 1988.

MD, Uniformed Services University of the Health Sciences, F. Edward Hebert School of Medicine, Bethesda, Maryland, 09/1989 – 05/1993.

Intern, General Surgery, Department of Surgery, University of California, San Francisco-East Bay, Oakland, California, 06/1993 – 061994.

Undersea/Diving Medical Officer Candidate, US Naval Undersea Medical Institute, Groton, Connecticut, 07/1994 – 02/1995.

Resident, General Surgery, Department of Surgery, Tulane University School of Medicine, New Orleans, Louisiana, 07/2002 – 06/2005.

Resident, General Surgery, Department of Surgery, Henry Ford Hospital, Detroit, Michigan, 07/2005 – 06/2007.

Fellow, Surgical Critical Care, Department of Surgery, Division of Trauma, Burns & Surgical Critical Care, University of Michigan, Ann Arbor, Michigan,

**EXHIBIT A**

07/2007 – 06/2008.

Fellow, Trauma & Acute Care Surgery, Department of Surgery, Division of Trauma, Surgical Critical Care and Surgical Emergencies, Yale University School of Medicine, Department of Surgery, Division of Trauma, Surgical Critical Care and Surgical Emergencies, New Haven, Connecticut, 07/2008 – 06/2009.

Aerospace Medicine Officer Candidate, US Air Force School of Aerospace Medicine, Dayton, Ohio, 09/2016 & 06/2017 – 09/2017

Graduate (Non-Residence), Air War College, Montgomery, Alabama, 05/2019 – 03/2020.

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1987 | Clinical Preceptorship, Brigham & Women's Hospital, Harvard Medical School, Boston, Massachusetts. |
| 1988 | Teaching Assistant, Health Professions Program, Harvard College, Cambridge, Massachusetts. |
| 1988 – 1989 | Research Assistant, C. Norman Coleman, MD, & Edward A. Bump, Ph.D., Joint Center for Radiation Therapy, Harvard Medical School and Dana – Faber Cancer Institute, Boston, Massachusetts. |
| 1993 – 1994 | Intern, General Surgery, University of California, San Francisco – East Bay, Oakland, California. |
| 2002 – 2005 | Assistant Resident, General Surgery, Tulane University, New Orleans, Louisiana. |
| 2005 – 2006 | Senior Resident, General Surgery, Henry Ford Hospital, Detroit, Michigan. |
| 2006 – 2007 | Chief Resident, General Surgery, Henry Ford Hospital, Detroit, Michigan. |
| 2007 – 2008 | Fellow, Surgical Critical Care, University of Michigan, Ann Arbor, Michigan. |
| 2008 – 2009 | Fellow, Trauma & Acute Care Surgery, Yale University, New Haven, Connecticut. |
| 2010 – 2013 | Assistant Professor, Department of Surgery, University of Mississippi, Jackson, Mississippi. |
| 2013 – 2015 | Instructor & Clinical Preceptor, Mississippi College, Clinton, Mississippi. |
| 2013 – 2015 | Adjunct Clinical Professor, William Carey University, College of Osteopathic Medicine, Hattiesburg, Mississippi. |
| 2012 – Present | Assistant Professor, Uniformed Services University of the Health Sciences, Bethesda, Maryland. |
| 2016 - Present | Assistant Clinical Professor of Surgery, Louisiana State University, New Orleans, Louisiana. |

**CERTIFICATIONS:**

Case 1:25-cv-00156-C Doc# 8-1 Filed 06/05/25 Page 3 of 23 PageID# 47

| | |
|---|---|
| American Board of Surgery: | General Surgery Certificate #052861<br>Initial Certification: 10/31/2007<br>Recertification: 12/11/2017 |
| American Board of Surgery: | Surgical Critical Care Certificate #002605<br>Initial Certification: 09/22/2008<br>Reverification: 12/31/2020 |

Extracorporeal Membrane Oxygenation (ECMO), University of Michigan, 2007.
Hyperbaric Medicine (HBO), US Naval Undersea Medical Institute, 1994.
Undersea Medicine, US Naval Undersea Medical Institute, 1994.
Aerospace Medicine, US Air Force School of Aerospace Medicine, 2016.
Advanced Trauma Operative Management (ATOM), University of Connecticut, 2009.
Advanced Trauma Life Support (ATLS) Instructor.
Advanced Cardiac Life Support (ACLS).
Advanced Burn Life Support (ABLS).

**ADVANCED TRAINING & MINI – FELLOWSHIPS:**

| | |
|---|---|
| March 2012 | Advanced Hernia Specialized Master Class<br>Montefiore Institute for Minimally Invasive Surgery<br>111 East 210th Street, 2nd Floor<br>Bronx, New York 10467 |
| September 2010 | Mini - Fellowship for Advanced General Surgery (Laparoscopy)<br>Carolinas Medical Center<br>1000 Blythe Boulevard<br>Charlotte, North Carolina 28203 |
| August 2010 | Thoracic Trauma Technology Symposium<br>Open Reduction - Fixation of Rib FracturesLegacy Biomechanics LaboratoryPortland, Oregon 97232 |
| March 2010 | Hyperbaric Medicine & Problem Wound Management<br>Diversified Clinical ServicesWoodlands, Texas 77380 |
| May 2009 | Advanced Trauma Operative Management (ATOM)<br>University of Connecticut & Hartford Hospital<br>80 Seymour Street<br>Hartford, Connecticut 06102 - 5037 |

**AWARDS & HONORS:**

Case 1:25-cv-00156-C Doc# 8-1 Filed 06/05/25 Page 4 of 23 PageID# 48

**ALUMNI & FRIENDS SCHOLARSHIP**, 1983, 1984, 1985, 1986, Clark University, Worcester, Massachusetts. **THE REINA & ISADORE CHAIKLIN SCHOLARSHIP**, 1983, 1984, 1985, 1986, Clark University, Worcester, Massachusetts.

**BROWARD COUNTY MEDICAL ASSOCIATION AUXILIARY SCHOLARSHIP**, 1983, 1984, 1985, 1986, Broward Medical Auxiliary, South Branch, Hollywood, Florida.

**WEST HOLLYWOOD KIWANIS SCHOLARSHIP**, 1983, 1984, 1985, 1986, West Hollywood Kiwanis Club, Hollywood, Florida.

**HOLLYWOOD FLORIDA SCHOLARSHIP FOUNDATION SCHOLARSHIP**, 1983, 1984, 1985, 1986, Hollywood, Florida Scholarship Foundation, Inc., Hollywood, Florida.

**FULL SCHOLARSHIP WITH STIPEND**, Harvard Health Professions Program, 1987, Harvard College/Harvard Medical School, Cambridge, Massachusetts.

**OUTSTANDING SURGICAL STUDENT AWARD**, 1992, Dr. Norman M. Rich, Chairman, Department of Surgery, Uniformed Services University of the Health Sciences, F. Edward Hebert School of Medicine, Bethesda, Maryland.

**FIRST PLACE, ROY D. McCLURE RESIDENT RESEARCH COMPETITION**, 2007, Dr. Thomas R. Russell, Executive Director, American College of Surgeons, at Henry Ford Hospital, Detroit, Michigan.

**WINNER, RESIDENT TRAUMA PAPER COMPETITION**, American College of Surgeons, Louisiana Chapter, Dr. John P. Hunt, Trauma Committee Chairman, Louisiana State University Health Sciences Center (New Orleans), 2008, New Orleans, Louisiana.

**WINNER, RESIDENT TRAUMA ABSTRACT COMPETITION**, 58th Annual Resident Surgeons' Competition, American College of Surgeons, Michigan Chapter, Bellaire, Michigan, May 14 – 15, 2009.

**WINNER, SECOND PLACE, POSTER PRESENTATION**, 10th European Congress, European Society of Trauma & Emergency Surgery, Antalya, Turkey, May 13 – 17, 2009.

**AMERICA'S TOP SURGEONS, 2008 & 2009**, Consumer Research Council of America, Washington, District of Columbia.

## CLINICAL EXPERIENCE:

| | |
|---|---|
| 04/2013 – Present | **TRAUMA & ACUTE CARE SURGEON**, Surgical Specialists Associated, dba for NobleJazz, Inc., Tallahassee, Florida. |

- Independent Contractor for Trauma, Acute Care Surgery & ICU coverage.
- Services Provided in Louisiana, Florida, New Hampshire, Mississippi.
- Served on Several Committees.
- Surgical & ICU Programs Development.

07/2014 – Present **GROUND SURGICAL TEAM,** United States Air Force, District of Columbia Air National Guard, 113th Fighter Wing, Joint Base Andrews, Maryland.

- Serve as Residency Trained Flight Surgeon for 159th & 172nd Medical Groups.
- Serve as Squadron Medical Element for 122nd Fighter Squadron.
- Trauma Surgeon/Medical Element for CBRNE Enhanced Response Force Package (CERFP).
- Fully Flight Qualified with Active Flight Time in F15, F16, F18, C130, C17, CH60, B52 and KC135.
- Instituted Current Upgrades for Air Mishap Response & Investigation.
- Critical Care Intensivist for Critical Care Air Transport Team (CCATT).
- Multiple Deployments
- Promoted to Lieutenant Colonel.
- Prior Director of Clinical Services for 172nd Medical Group.

12/2007 - Present **EMERGENCY MEDICINE PHYSICIAN**, NobleJazz, Inc., Tallahassee, Florida.

- Solo & Multi-Provider of Emergency Medicine Services to Annual Patient Volumes Ranging from 12,000 - 50,000.
- Attended Patients in Urban, Suburban & Rural Cultures.
- Maintained Monthly Relative Value Unit (RVU) of 4.89 - 5.30.
- Held Monthly Patient Average Time in ER Range between 1.82 - 2.30 hrs.
- Services Provided in Louisiana, Mississippi & Michigan.
- Current Contracts with Concord Medical Group, PLLC, and SCP Health.

11/2014 – 04/2016 **TRAUMA & ACUTE CARE SURGEON**, North Oaks Medical Center, Hammond, Louisiana.

- Achieved American College of Surgeons Level II Accreditation.
- Developed Dynamic Chest Wall Reconstruction Program.
- Advanced Wound Care Treatment & Alliance with Private Wound Care Centers.
- Achieved Trauma Service Line Revenue of $12 - 15 million/mth.
- Served on Several Committees.
- Hurdled Massive Political Resistance from Local General Surgeons.

04/2013 – 12/2013 **ADULT & PEDIATRIC ICU DIRECTOR**, JMS Burn & Reconstruction Center, Jackson, Mississippi, and Augusta, Georgia.

- Directed ICU & Performed Burn Surgery at only Burn Center in the State

Case 1:25-cv-00156-C Doc# 8-1 Filed 06/05/25 Page 6 of 23 PageID# 50

of Mississippi.

- Provided Surgical & Burn Intensive Care in 10 bed Burn Intensive
- Care Unit.
- Administered Burn ICU through initial JCAHO survey with ZERO recommendations.
- Instructed Nurse Practitioner and Physician Assistant Students.
- Served on Several Committees.
- Delivered Trauma & General surgical care in Level III Trauma Center.

10/2010 – 04/2013 **TRAUMA & ACUTE CARE SURGEON**, University of Mississippi Medical Center, Jackson, Mississippi.

- Delivered Trauma and General surgical care in only Level I Trauma
- Provided Surgical Intensive Care in 20 bed Surgical Intensive Care Unit.
- Generated Over 12,000 annual RVUs.
- Served on Several Committees.
- Provided Mentorship to Several Residents and Medical Students.
- Delivered Trauma & General surgical care in Level III Trauma Center.
- Left to Create Mississippi's Only Burn Center's Intensive Care Unit.

02/2010 – 10/2010 **ACUTE CARE SURGEON & LEAD PHYSICIAN,** Surgical Specialists Associated, Reno, Nevada.

- Delivered Trauma and General surgical care to patient population of 1.2 million.
- Responsible for all aspects of operation.
- Maintained a staff of five employees.
- Seventh Months Accounts Receivable $2.8 million at 3.5 X Medicare Rates.
- Recruited Fellowship Trained Colorectal Surgeon.
- Closed Practice to return to Academics.

07/1997 – 07/2002 **PRESIDENT AND LEAD PHYSICIAN,** Vanderlan, Inc., Cantonment, Florida.

- Delivered emergency medical care to annual patient volumes ranging from 7,000 to greater than 55,000.
- Exceeded 200 hours per month.
- Sustained acuity of approximately 45% Level III, 25% Level IV, 15% Level V, 10% Level VI.
- Managed USD 1.5 Million in Investment Property

10/1995 – 06/1997 **PRESIDENT AND OWNER**, Mobile Physician Services, PC, Mobile, Alabama.

- Private practice in West Mobile, Alabama.

Case 1:25-cv-00156-C Doc# 8-1 Filed 06/05/25 Page 7 of 23 PageID# 51

- Personally responsible for all aspects of operation.
- Maintained full-time staff of three.
- Independently Operated.
- Steadily grew to 100 patient visits per week within 15 months.
- Sold Practice to Pursue Full-Time Emergency Medicine.

02/1995 – 10/1995 **LEAD PHYSICIAN**, Family Medical Overlook, Mobile, Alabama.

- Delivered primary care to approximately 550 patients per month.
- Instituted wellness, health maintenance and screening programs.
- Developed and implemented standard physical examination protocols based on age, gender and past medical history.
- Supervised laboratory and x-ray modernization.
- Supervised quality assurance program.

07/1989 – 02/1995 **COMMISSIONED OFFICER**, Medical Corps, United States Navy.

- Regular Navy Commission.
- Honorably Discharged.
- Completed Undersea Medical Officer Candidate Training.
- Completed Hyperbaric Oxygen Certification.
- Served as Undersea/Diving Medical Officer.

**MILITARY EXPERIENCE:**

2014 - Present **COMMISSIONED OFFICER**, Medical Corps, Flight Surgeon, Diving Medical Officer, United States Air Force, District of Columbia Air National Guard, Joint Base Andrews, Maryland.

- Serve as Trauma Surgeon/Team Leader 113th Ground Surgical Team.
- Served as Residency Trained Flight Surgeon for 159th & 172nd Medical Groups.
- Served as Squadron Medical Element for 122nd Fighter Squadron.
- Trauma Surgeon/Medical Element for CBRNE Enhanced Response Force Package (CERFP).
- Fully Flight Qualified with Flight Time in F15, F16, F18, C17, C130, CH60, B52 & KC135.
- Total Combat Flight Hours 49.5.
- Instituted Current Upgrades for Air Mishap Response & Investigation.
- Critical Care Intensivist for Critical Care Air Transport Team (CCATT).
- Multiple Deployments
- Promoted to Lieutenant Colonel.
- Prior Director of Clinical Laboratory Services for 172nd Medical Group.
- Former Assistant Chief of Clinical Services for 172nd Medical Group.

Case 1:25-cv-00156-C Doc# 8-1 Filed 06/05/25 Page 8 of 23 PageID# 52

1989 – 1995 **COMMISSIONED OFFICER**, United States Navy, Active Duty.

- Regular Navy Commission.
- Honorably Discharged.
- Final Rank Lieutenant/O3E.
- Completed Undersea Medical Officer Candidate Training with Hyperbaric Oxygen Certification.
- Served as Undersea/Diving Medical Officer.

1985 – 1989 **NON-COMMISSIONED OFFICER**, United States Marine Corps Reserve.

- **MOS:** 0311, Infantry Rifleman; 8541, Scout/Sniper; 2531, Field Radio Operator.
- Supervised and managed six-man squad.
- Non-commissioned officer in charge of nuclear, biologic and chemical weapons training.
- Developed a greater understanding of people, their motivations and their differences.
- Actively pursued professional development through the Marine Corps Institute.

**FORMAL MILITARY SCHOOLS:**

US Marine Corps Recruit Training, Parris Island, South Carolina.
US Marine Corps Infantry Training School, Camp Geiger, North Carolina.
US Marine Corps Pistol Training Course, Quantico, Virginia.
US Navy Survival Resistance and Escape (SERE) School, Brunswick, Maine.
US Navy Cold Weather Survival School, Brunswick, Maine.
US Navy Officer Indoctrination School, Newport, Rhode Island.
US Army Airborne School, Ft. Benning, Georgia.
US Army Basic Military Mountaineering School, Fort Greely, Alaska.
US Army Combat Diver Qualification Course, Key West, Florida.
US Navy Diving Medical Officer Course, Panama City, Florida.
US Navy Hyperbaric Medical Officer Course, Panama City, Florida.
US Navy Undersea Medical Officer Course, Groton, Connecticut.
US Department of Defense Medical Effects of Nuclear Weapons Course, Bethesda, Maryland.
US Air Force Parachute Water Survival Course, Pensacola, Florida.
US Air Force Land Survival Course, Fairchild AFB, Washington.
US Air Force Evasion & Conduct After Capture Course, San Antonio, Texas.
US Air Force High-G Training (Centrifuge), San Antonio, Texas.

Case 1:25-cv-00156-BC Doc#:8-1 Filed 06/05/25 Page 9 of 23 PageID#:53

US Air Force, School of Aerospace Medicine, Aerospace Medical Primary Course 101, Wright Patterson AFB, Ohio.
US Air Force, School of Aerospace Medicine, Aerospace Medical Primary Course 201, Wright Patterson AFB, Ohio.
US Air Force, School of Aerospace Medicine, Aerospace Medical Primary Course 202, Wright Patterson AFB, Ohio.
US Air Force, School of Aerospace Medicine, Aerospace Medical Primary Course 301, Wright Patterson AFB, Ohio.
US Army Medical Effects of Ionizing Radiation Course, Bremerton, Washington.
US Army Medical Management of Chemical Casualties Course, Aberdeen, Maryland.
US Army Medical Management of Biological Casualties Course, Fort Detrick, Maryland.
US Air Force, School of Aerospace Medicine, Critical Care Air Transport Training, Initial, Wright Patterson AFB, Ohio.
US Air Force, Center for the Sustainment of Trauma and Readiness Skills (C-STARS), Critical Care Air Transport Training, Advanced, University of Cincinnati, Ohio.
US Air Force, Air War College, Montgomery, Alabama (by correspondence).
US Air Force, Top Knife II, Luke AFB, Arizona.
US Air Force, Ground Surgical Team Training, Phase 1, Wright Patterson AFB, Ohio.
US Air Force, Ground Surgical Team Training, Phase II - Austere Environment, Camp Bullis, Texas.
US Air Force, Operational Executive Skills Management Course, Falls Church, Virginia.

**MILITARY AWARDS & COMMENDATIONS:**

USAF Flight Surgeon Badge
US Navy Diving Medical Officer Badge
US Navy/Marine Corps Parachutist Badge
USAF Commendation Medal w/ 2 Oak Leak Clusters & "C" Device
USAF Outstanding Unit Award
USAF Air Reserve Forces Meritorious Service Medal
Selected Marine Corps Reserve Medal
National Defense Service Medal with Bronze Star
Global War on Terrorism Expeditionary Medal with 3 Bronze Stars
Global War on Terrorism Service Medal
USAF Expeditionary Service Ribbon with Gold Border & Oak Leaf Cluster

Case 1:25-cv-00156-BC Doc#:8-1 Filed 06/05/25 Page 10 of 23 PageID#:54

USAF Longevity Service with 3 Oak Leaf Clusters
Expert Rifleman Badge 3rd Award (Marine Corps)
Expert Pistol Badge (Marine Corps)
Expert Rifle Medal (Navy)
Expert Pistol Medal (Navy)
Mississippi National Guard Service School Medal
1988 25TH Marine Regiment High Shooter
Outstanding Physical Fitness Award Multiple Years

**SECURITY LEVEL/CLEARANCE: TSci**

**INTERNATIONAL DEVELOPMENT:**

2015 - 2019 **MEDICAL & COURSE DIRECTOR**, Ukranian Trauma Life Support, Patriot Defense, Kiev, Ukraine.

- Designed Trauma Life Support Training Program Taught Throughout Ukraine.
- Course provided in English, Ukranian and Russian.
- 5 Day Course involving Didactic & Practical Application Sessions.
- Utilized both Military & Civilian Instructors.
- Current Ukrainian National Standard for Trauma Training.

2017 - 2019 **TRAUMA & EMERGENCY MEDICINE ADVISOR**, The Honorable Ulana Suprun, MD, Minister of Health, Ukraine.

- Provided Trauma Surgical & Emergency Medicine recommendations to the Minister of Health.
- Addressed Ukrainian Parliament on Trauma System Development & Revision of Blood Transfusion Policies.
- Multiple Televised Interviews.
- Presented Combat Casualty Data at International Conference.

2009 **SURGICAL & TRAUMA CONSULTANT**, Kumi Hospital Development Program, Dr. William E. Chavey, II, University of Michigan, Kumi, Uganda.

- Provided Trauma, Surgical & Emergency Medicine recommendations to Kumi Hospital.
- Developed Plan for Improved Prehospital Care & Delivery.

**PEER REVIEWED PUBLICATIONS:**

Zhoba H, **Vanderlan WB**. *Posterior chest wall reconstruction: A novel approach*, **Case Stud Surg** 2020;6(1):1 – 4. DOI: https://doi.org/10.5430/css.v6n1p1

Case 1:25-cv-00156-BC Doc# 8-1 Filed 06/05/25 Page 11 of 23 PageID# 55


Danyljuk O, Meghoo C, Linchevsky O, Galevskyi S, Goy G, **Vanderlan WB**. *Causes of Death Among Seventy-Four Military Casualties in the Ukrainian Armed Conflict*, **Eur J Trauma Emerg Surg** 2019;45(1):S171 – 172.

Zhoba H, **Vanderlan WB**. *Colorectal anastomotic perforation secondary to acute ruptured appendicitis presenting as septic arthritis*, **Case Stud Surg** 2019;5(2):1 – 3. DOI: https://doi.org/10.5430/css.v5n2p1

Zhoba H, **Vanderlan, WB**. *Traumatic tension pneumothorax caused by sylvester palm frond*, **Case Stud Surg** 2019;5(1):1 – 3. DOI: https://doi.org/10.5430/css.v5n1p24

Garagliano J, Turnock AR, Saunders RN, **Vanderlan WB**. *Cervical Spine Immobilization is Associated with an Increased Risk of Death in Patients Transferred to the University of Mississippi MedicalCenter with Gunshot Wounds to the Head*, **JSMA** 2017;58(6/7):192 – 193.

Fleischer BP, Turnock AR, Carney MJ, **Vanderlan WB**. *Delayed Anastomotic Leak After Lower Anterior Resection Presenting as Septic Arthritis*, **World J Colorectal Surg Case Rep** ACCEPTED FOR PUBLICATION.

Fleischer BP, Carney MJ, **Vanderlan WB**. *Perforated Colonic Diverticula Presenting as Periorbital and Cervical Subcutaneous Emphysema*, **Am Surg** 2017;83:677 – 678.

Turnock AR, Fleischer BP, Carney MJ, **Vanderlan WB**. *Perforated second trimester appendicitis with abdominal compartment syndrome managed with negative pressure wound therapy and open abdomen*, **J Surg Case Rep** 2016;2016(6). DOI: 10.1093/jscr/rjw101.

Dennis DC, Turnock AR, Sutton C, Chastant B, **Vanderlan WB**. *Utility of human amniotic membrane allograft in re-epithelialization of nasal tip*, **J Surg Case Rep** 2016;2016(10). DOI: 10.1093JSCR/RJW174.

Turnock AR, Carney MJ, Fleischer BP, McSwain NE, **Vanderlan WB**. *Cervical spine immobilization in penetrating cervical trauma is associated with an increased risk of indirect central neurological injury*, **Trauma Emerg Care** DOI: 10.15761/TEC.1000117.

Gaugler AC, Carney MJ, Turnock AR, Fleischer BP, **Vanderlan WB**. *Primary right ileocolic arterial fistula: a case report*, **J Surg Case Rep** 2016;2:84 – 87.

Morris MW, Jr., Aru MG, Gaugler AG, Drake LC, Morris RF, **Vanderlan WB**, *Necrotizing Fasciitis of the Perineum Associated with Bartholin's Abscess*, **Surg Infect (Larchmt)** 2014;15(2):131 – 133.

Morris MW, Jr., Walker WB, Zhang X, Ahmed N, **Vanderlan WB**. *Ureteral stump carcinoma after trauma nephrectomy: a risk?* **Am Surg** 2013;79(6):E231 – 233.

Morris MW, Jr., Anderson AJ, **VanderlanWB**, *Cicatrical Cecal Volvulus Following Laparoscopic Cholecystectomy.* **JSLS** 2013;17(2):333 – 337.

Saunders, RN, Koch CA, Brown KB, Daley WP, Ahmed N, **Vanderlan WB**, *Bilateral adrenal myelolipomas in a woman with chronic anticoagulation, postmenopausal uterine bleeding primary hyperparathyroidism, and hyperthyroidism*, **Am J Med Sci**, 2013;346(1):82 – 85.

Morris MW, Jr., Anderson CD, Drake LC, Redfield SM, Subramony C, **Vanderlan WB.** *Giant Biliary Cystadenoma.* **J Surg Case Rep** 2012;9:15.

**Vanderlan WB**, Zhang Z, Abouljoud MS. *Duodenal Enteroglucagonoma revealed by differential comparison of serum and tissue glucagon reactivity with Siemens' Double Glucagon Antibody and DakoCytomation's Polyclonal Rabbit Anti-Human Glucagon: A Case Report*, **J Med Case Reports** 2010;4:178.

**von Riedenauer WB**, Cutsinger RW, Jing XL, Berry SD, Maqusi S, Silverman NA. *Post-Traumatic Pericardiobiliary Fistula Causing Acute Bilious Pericardial Tamponade*, **J Trauma** 2010;68(1):E8 – E10.

**Vanderlan WB**, Tew BE, Seguin CY, Mata MM, Yang JJ, Horst HM, Obeid FN, McSwain NE. *Neurologic Sequelae of Penetrating Cervical Trauma*, **Spine** 2009;34(24):2646 – 2653.

**Vanderlan WB**, Tew BE, McSwain NE Jr. *Increased Risk of Death with Cervical Spine Immobilization in Penetrating Cervical Trauma*, **Injury** 2009;40(8):880 – 883.

**Vanderlan WB**, Bansal A, Abouljoud MS. *Adult Portal Hypertension Secondary to Post-Traumatic Extrahepatic Portal Vein Thrombosis Treated with Rex Shunt*, **Journal of Trauma** 2009;66(1):260 – 263.

**Vanderlan WB**, Abouljoud MS, Yoshida A, Kim DY. *Experience with Recipient Splenic Artery Inflow in Adult Liver Transplantation: A Case Series*, **Cases Journal** 2008;1:82.

**von Riedenauer WB**, Janjua SA, Kwon DS, Zhang Z, Velanovich V. *Immunohistochemical Identification of Primary Peritoneal Serous Cystadenocarcinoma Mimicking Advanced Colorectal Carcinoma*, **J Med Case Reports** 2007;1:150.

Case 1:25-cv-00156-BC Doc# 8-1 Filed 06/05/25 Page 13 of 23 PageID# 57

**von Riedenauer WB**, Shanti CM, Abouljoud MS. *Resection of Giant Liver Adenoma in a 17 Year Old Male Using Veno-venous Bypass, Total Hepatic Vascular Isolation and In Situ Cooling*, **J Ped Surgery** 2007; 42(8):e23 – e27.

**von Riedenauer WB**, Baker MK, Brewer RJ. *Video-Assisted Thoracoscopic Removal of Migratory Acupuncture Needle Causing Pneumothorax*, **CHEST** 2007;131(3):899 – 901.

Bump EA, Coleman CN, Cerce BA, **McGinnis DJ**. Sensitization of Chinese Hamster Ovary Cells to Melphalan by Etanidazole Under Intermittent Hypoxia, **Int J Radiat Oncol Biol Phys** 1992;22(4):731 – 735.

**PUBLISHED ABSTRACTS:**

"Role of Laparoscopic Ablation/Decortication in the Treatment of Symptomatic Large Benign Renal Cysts," Freddy Mendez, Ruben Urena, Gilberto Ruiz – Deya, George Jabren, **Wesley B. von Riedenauer**, Raju Thomas, 21st World Congress on Endourology, 19th Basic Research Symposium, September 21 – 24, 2003, Montreal, Canada. **J Endouro** 2003;17(1):361-375.

"Critical Care Profile of Non-Trauma Emergency Surgery." **Wesley B. von Riedenauer**, Brian S. Knipp, Ali F. Mallat, Nabil Issa, Gerard M. Doherty, Lena M. Napolitano. **Crit Care Med** 2007;35(12):A70.

"Neurologic Sequelae of Penetrating Cervical Trauma." **Wesley B. von Riedenauer**, Norman E. McSwain, Jr. **Crit Care Med** 2007;35(12):A13.

"All-Cause ICU Mortality: The Right Metric?" Ali F. Mallat, **Wesley B. von Riedenauer**, Senthil Jayarajan, Nabil Issa, Craig A. Meldrum, Pauline K. Park, Lena M. Napolitano. **Crit Care Med** 2007;35(12):A145.

"Intensive Infection Control Strategies and Decreasing Infection with Multi-Drug Resistant Organisms (MDRO) Despite High Colonization Rate." Ali F. Mallat, **Wesley B. von Riedenauer**, Brian S. Knipp, Jill R. Cherry-Bukowiec, Christy Zalewski, Carol Chenoweth, Pauline K. Park, Lena M. Napolitano. **Surg Inf** 2008;9(2):248-249.

"Holding Hostile Organisms At Bay – The Cost of Isolation." Jill R. Cherry-Bukowiec, Sharon Dickinson, Craig A. Meldrum, Christy Zalewski, Ali F. Mallat, **Wesley B. von Riedenauer**, Brian S. Knipp, Melissa Brunsvold, Pauline K. Park, Lena M. Napolitano. **Surg Inf** 2008;9(2):264-269.

"Early Extubation of Orthotopic Liver Transplant (OLT) Patients: Impact on Ventilator Associated Pneumonia (VAP)." **Wesley B. von Riedenauer**, Ali F. Mallat,

Case 1:25-cv-00156-BC Doc#:8-1 Filed 06/05/25 Page 14 of 23 PageID#:58

Brian S. Knipp, Jill R. Cherry-Bukowiec, Marc S. Orlewicz, Christy A. Zalewski, Jeffrey D. Punch, Pauline K. Park, Lena M. Napolitano. **Surg Inf** 2008;9(2):273-274.

"Rates of Ventilator Associated Pneumonia are Higher in Patients Undergoing Thoracoabdominal Aortic Aneurysmectomy Compared to Infrarenal or Pararenal Aneurysmectomy." Brian S. Knipp, **Wesley B. von Riedenauer**, Jill R. Cherry-Bukowiec, Ali F. Mallat, Christy Zalewski, Craig A. Meldrum, Lena M. Napolitano, Peter K. Henke. **Surg Inf** 2008;9(2):284-285.

"Autophagy is involved in endoplasmic reticulum stress induced cell death of rat hepatocytes." Junlin Zhang, Michael W. Morris, Dorsett-Martin W, Luke Drake, **Wesley B. Vanderlan**, Christopher D. Anderson. **J Surg Res** 2013;179(2):197.

**PRESENTATIONS:**

**ACADEMIC:**

"Role of Laparoscopic Ablation/Decortication in the Treatment of Symptomatic Large Benign Renal Cysts," 21st World Congress on Endourology, 19th Basic Research Symposium, Montreal, Canada, September 21 – 24, 2003.

"Insulinoma," Alton Ochsner Visiting Professorship 2005, Dr. Murray F. Brennan, Benno C. Schmidt Chair in Clinical Oncology, Memorial Sloan-Kettering Cancer Center, Ochsner Clinic Foundation, New Orleans, Louisiana.

"Neurologic Sequelae of Penetrating Cervical Trauma," Roy D. McClure Lectureship 2007, Dr. Thomas R. Russell, MD, Executive Director, American College of Surgeons, Referee, Henry Ford Hospital, Detroit, Michigan.
"Neurologic Sequelae of Penetrating Cervical Trauma," Louisiana Chapter of the American College of Surgeons, New Orleans, January 18 – 20, 2008.

"Critical Care Profile of Non-Trauma Emergency Surgery," Society of Critical Care Medicine, Annual Congress, Honolulu, Hawaii, February 2 – 6, 2008.

"Neurologic Sequelae of Penetrating Cervical Trauma," Society of Critical Care Medicine, Annual Congress, Honolulu, Hawaii, February 2 – 6, 2008.

"All-Cause ICU Mortality: The Right Metric?" Society of Critical Care Medicine, Annual Congress, Honolulu, Hawaii, February 2 – 6, 2008.

"Early Extubation of Orthotopic Liver Transplant (OLT) Patients: Impact on Ventilator Associated Pneumonia (VAP)," Annual Meeting of the Surgical Infection Society, Hilton Head Island, South Carolina, May 7 – 9, 2008.

"Rates of Ventilator Associated Pneumonia are Substantially Higher in Patients Undergoing Thoracoabdominal Aortic Aneurysmectomy Compared to Infrarenal or Pararenal Aneurysmectomy," Annual Meeting of the Surgical Infection Society, Hilton Head Island, South Carolina, May 7 – 9, 2008.

"Intensive Infection control strategies and decreasing infection with Multi-Drug Resistant Organisms (MDRO) despite high colonization rate," Annual Meeting of the Surgical Infection Society, Hilton Head Island, South Carolina, May 7 – 9, 2008.

"Holding Hostile Organisms At Bay – The Cost of Isolation." Annual Meeting of the Surgical Infection Society, Hilton Head Island, South Carolina, May 7 – 9, 2008.

"Rates of Ventilator Associated Pneumonia are Substantially Higher in Patients Undergoing Thoracoabdominal Aortic Aneurysmectomy Compared to Infrarenal or Pararenal Aneurysmectomy." University of Michigan, Department of Surgery, 20th Annual Moses Gunn Research Conference, Ann Arbor, Michigan, May 14, 2008.

"Indirect Calorimetry in Ventilated Surgical ICU Patients: Necessary?" Michigan Chapter American College of Surgeons, 57th Annual Resident Surgeons' Competition, Frankenmuth, Michigan, May 15 – 16, 2008.

"Increased Risk of Death with Cervical Spine Immobilization in Penetrating Cervical Trauma." Connecticut Chapter American College of Surgeons, Annual Meeting of the Connecticut Chapter of the American College of Surgeons, Waterbury, Connecticut, October 24, 2008.

"Carbohydrate Restriction in the Critically Ill Morbidly Obese: Help or Hindrance?" Eastern Association for the Surgery of Trauma (EAST), 22nd Annual Scientific Assembly, Orlando, Florida, January 13 – 17, 2009.

"Increased Risk of Death with Cervical Spine Immobilization in Penetrating Cervical Trauma," 10th European Congress of Trauma & Emergency Surgery, Antalya, Turkey, May 13 – 17, 2009.

Case 1:25-cv-00156-BC Doc# 8-1 Filed 06/05/25 Page 16 of 23 PageID# 60

"Neurologic Injury is Not a Valid Indicator for Cervical Spine Immobilization in Penetrating Cervical Trauma." 10th European Congress of Trauma & Emergency Surgery, Antalya, Turkey, May 13 – 17, 2009.

"Peripheral Neurologic Injury is Not a Valid Indication for Cervical Spine Immobilization in Penetrating Cervical Trauma," 58th Annual Resident Surgeons' Competition, Michigan Chapter American College of Surgeons, Bellaire, Michigan, May 14 – 15, 2009."Surviving Sepsis." Emergency Medicine Day, Tahoe Forest Hospital, Truckee, California, November 17, 2009.

"Surviving Sepsis." Medical Staff Grand Rounds, Plumas District Hospital, Quincy, California, February 13, 2010.

"Surviving Sepsis." 9th Annual Updates in Emergency Medicine, Olympic Valley, California, February 23, 2010.

"Sepsis and the Surviving Sepsis Protocol." Saint Mary's Regional Medical Center, Reno, Nevada, March 1, 2010.

"Blunt & Penetrating Cervical Trauma," Tahoe Emergency Physicians Quarterly Grand Rounds, Edgewood Country Club, Stateline, Nevada, April 6, 2010.

"Blunt & Penetrating Cervical Trauma," Medical Staff Grand Rounds, Tahoe Forest Hospital, Truckee, California, April 20, 2010.

"Ask The Doctor: Difficult Wounds." Channel 2 News, Reno, Nevada, June 28, 2010.

"Increased Risk of Central Neurologic Injury with Cervical Spine Immobilization in Penetrating Cervical Trauma." The James D. Hardy Society, Spring Meeting, New Orleans, Louisiana, May 19 – 22, 2011.

"Indirect Central Neurologic Injury More Likely Than Direct Central Neurologic Trauma with Penetrating Cervical Trauma." 14th European Congress of Neurosurgery, Rome, Italy, October 9 – 14, 2011.

"The Persistence of Dogma: Cervical Spine Immobilization in Penetrating Cervical Trauma," Grand Rounds, Department of Surgery, University of Mississippi, Jackson, Mississippi, March 14, 2012.

"The Persistence of Dogma: Cervical Spine Immobilization in Penetrating Cervical Trauma," Grand Rounds, Department of Emergency Medicine, University of Mississippi, Jackson, Mississippi, May 1, 2012.

Case 1:25-cv-00156-B-C Doc# 8-1 Filed 06/05/25 Page 17 of 23 PageID# 61

"Cervical Spine Immobilization is Associated with an Increased Risk of Death in Patients with Penetrating Gunshot Wounds to the Head." University of Mississippi Medical Center Department of Medicine & American College of Physicians, Annual Abstract Day Competition, Jackson, Mississippi, October 26, 2012.

"Bilateral Adrenal Myelolipomas in a Woman with Chronic Anticoagulation, Postmenopausal Uterine Bleeding, Primary Hyperparathyroidism, and Hyperthyroidism," University of Mississippi Medical Center Department of Medicine & American College of Physicians, Annual Abstract Day Competition, Jackson, Mississippi, October 26, 2012.

"Ureteral Stump Carcinoma Following Trauma Nephrectomy: A Risk?" Southeastern Surgical Congress, Annual Scientific Meeting, Jacksonville, Florida, February 9 – 12, 2013.

"Autophagy is involved in endoplasmic reticulum stress induced cell death of rat hepatocytes," Academic Surgical Congress, New Orleans, Louisiana, February 5 – 7, 2013.

"The Persistence of Dogma: Non – Emergent Blood Transfusion," Grand Rounds, North Oaks Health System, Hammond, Louisiana, July 29, 2015.

"The Golden Hour": Its impact is still flying high", Annual Meeting Louisiana Chapter American College of Surgeons, New Orleans, Louisiana, January 15 - 17, 2016.

"Causes of Death Among Seventy-Four Military Casualties in the Ukrainian Conflict," 20th European Congress of Trauma & Emergency Surgery, Prague, Czech Republic, May 5 – 7, 2019.

"Posterior Thoracic Reconstruction - A Novel Approach: case presentation of the Chest Wall Injury Society," Chest Wall Injury Society Case Review Series, November 2020, November 25, 2020. https://cwisociety.org/education/onlinecrs.

**INDUSTRY:**

**SMITH & NEPHEW?HEALTHPOINTE**

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Hickory, North Carolina, July 9, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Wilton, Maine, June 6, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Tampa, Florida, June 20, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Orlando, Florida, June 25, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Lakeland, Florida, August 27, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Nashville, Tennessee, July 16, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Boston, Massachusetts, July 18, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Fayetteville, Arkansas, May 9, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Greensboro, North Carolina, May 23, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Memphis, Tennessee, May 30, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Boca Raton, Florida, June 12, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Pharr, Texas, April 24, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Asheville, North Carolina, April 25, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Spartanburg, South Carolina, April 02, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Brownsville, Texas, April 03, 2013.

OASIS Matrix Wound Matrix & OASIS Ultra Tri-Layer Matrix, "Managing Difficult-to-Heal and Chronic Wounds," Pittsburgh, Pennsylvania, April 6, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Greenwood, Mississippi, April 4, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Charlotte, North Carolina, October 8, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Hershey, Pennsylvania, September 12, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Tupelo, Mississippi, September 5, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," McAllen, Texas, September 18, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Charleston, South Carolina, December 4, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," York, Pennsylvania, September 18, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Harrisburg, Pennsylvania, December 5, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Port Royal, South Carolina, August 8, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," Charlotte, North Carolina, October 8, 2013.

OASIS Matrix Wound Management, "A Sophisticated Structure for Challenging Wounds," San Antonio, Texas, August 22, 2013.

OASIS Matrix: "An Advanced Wound Management Device for Challenging Wounds," Houston, Texas, January 29, 2014.

OASIS Matrix: "An Advanced Wound Management Device for Challenging Wounds," Memphis, Tennessee, March 20, 2014.

OASIS Matrix: "An Advanced Wound Management Device for Challenging Wounds," Chattanooga, Tennessee, March 18, 2014.

OASIS Matrix: "An Advanced Wound Management Device for Challenging Wounds," Sumter, South Carolina, April 30, 2014.

OASIS Matrix: "An Advanced Wound Management Device for Challenging Wounds," Columbia, Tennessee, December 9, 2014.

OASIS Matrix: "An Advanced Wound Management Device for Challenging Wounds," Morristown, New Jersey, July 31, 2014.

**MIMEDEX**

MIMEDEX, "Placental Based Allografts," Meridian, Mississippi, September 24, 2013.

MIMEDEX, "Placental Based Allografts," Biloxi, Mississippi, December 3, 2013.

MIMEDEX, "Placental Based Allografts," Metairie, Louisiana, December 6, 2014.

MIMEDEX, "Placental Based Allografts," Baton Rouge, Louisiana, November 10, 2014.

MIMEDEX, "Placental Based Allografts," Lafayette, Louisiana, July 23, 2015.

MIMEDEX, "Placental Based Allografts," Madisonville, Louisiana, August 25, 2015.
MIMEDEX, "Placental Based Allografts," Hammond, Louisiana, November 17, 2015.

MIMEDEX, "Placental Based Allografts," Lake Charles, Louisiana, December 17, 2016.

MIMEDEX, "Placental Based Allografts," Baton Rouge, Louisiana, September 28, 2016.

MIMEDEX, "Placental Based Allografts," Pensacola, Florida, April 17, 2017.

MIMEDEX, "Placental Based Allografts," Fort Walton Beach, Florida, April 18, 2017.

Case 1:25-cv-00156-BC Doc# 8-1 Filed 06/05/25 Page 21 of 23 PageID# 65

MIMEDEX, "Placental Based Allografts," Meridian, Mississippi, September 24, 2013.

MIMEDEX, "Placental Based Allografts," Longwood, Florida, May 2, 2017.

MIMEDEX, "Placental Based Allografts," Fort Walton Beach, Florida, June 27, 2017.

MIMEDEX, "Placental Based Allografts," Pensacola, Florida, June 28, 2017.

MIMEDEX, "Placental Based Allografts," Tampa, Florida, June 29, 2017.

MIMEDEX, "Placental Based Allografts," Summerfield, Florida, June 29, 2017.

MIMEDEX, "Placental Based Allografts," Meridian, Mississippi, September 24, 2013.

MIMEDEX, "Placental Based Allografts," Aiken, South Carolina, January 8, 2018.

MIMEDEX, "Placental Based Allografts," Fort Lauderdale, Florida, February 6, 2018.

MIMEDEX, "Placental Based Allografts," Mobile, Alabama, February 28, 2018.

MIMEDEX, "Placental Based Allografts," Rockford, Illinois, March 22, 2018.

MIMEDEX, "Placental Based Allografts," Dearborn, Michigan, May 24, 2018.

MIMEDEX, "Placental Based Allografts," Sheffield, Alabama, September 12, 2018.

MIMEDEX, "Placental Based Allografts," Pinetop, Arizona, October 25, 2018.

MIMEDEX, "Placental Based Allografts," Pensacola, Florida, November 11, 2018.

MIMEDEX, "Placental Based Allografts," Fort Lauderdale, Florida, January 23, 2019.

MIMEDEX, "Placental Based Allografts," Chipley, Florida, January 24, 2019.

Case 1:25-cv-00156-BC Doc# 8-1 Filed 06/05/25 Page 22 of 23 PageID# 66

MIMEDEX, "Placental Based Allografts," Dothan, Alabama, January 25, 2019.

MIMEDEX, "Placental Based Allografts," Pharr, Texas, April 25, 2019.

MEDTRONIC

MEDTRONIC Advanced Energy, "Nature & Clinical Application of Plasma-Blade," Augusta, Georgia, September 29, 2013.

MEDTRONIC Advanced Energy, "Nature & Clinical Application of Plasma-Blade," Dallas, Texas, January 30, 2014.

COMMITTEES:

**Internal Communication Assessment Group (ICAG)**, US Air Force
**Peer Review Committee**, Broward Health North
***eLearn* Committee**, Member, Society of Critical Care Medicine
**Ventilator Outcomes Committee**, Member, Society of Critical Care Medicine
**Critical Care Committee**, Member, University of Mississippi
**Trauma Committee**, Member, University of Mississippi
**Extracorporeal Membrane Oxygenation Committee (ECMO)**, Member, University of Mississippi
**Transplant Research Committee/Team**, Member Researcher, University of Mississippi
**Blood Utilization Committee**, Member, North Oaks Medical Center
**Trauma Committee**, Member, North Oaks Medical Center
**Critical Care Committee**, Member, North Oaks Medical Center
**Medical Review Committee**, Member, Broward Health North Medical Center
**Trauma Committee**, Member, Broward Health North Medical Center
**Deployment Availability Working Group (DAWG)**, USAF LAANG
**Occupational & Environmental Health Working Group (OEHWG)**, USAF LAANG

PROFESSIONAL SOCIETIES AND MEMBERSHIPS:

**American College of Surgeons**

| | |
|---|---|
| 2002 – 2009 | Candidate |
| 2009 – 2012 | Associate |
| 2012 – Present | Fellow |

Case 1:25-cv-00156-C Doc# 8-1 Filed 06/05/25 Page 23 of 23 PageID# 67

**Association of Academic Surgeons**

2011 – Present Member

**Eastern Association for Surgery of Trauma (EAST)**

2011 - Present Member

**European Society for Trauma and Emergency Surgery**

2010 – Present Member

**Roy D. McClure Surgical Society**

2007 – Present Member

**Society of Critical Care Medicine**

2009 – Present Member

**Surgical Infections Society**

2011 – Present Member

**JOURNAL SERVICE:** Reviewer, *International Journal of Medicine and Medical Sciences*

**SPEAKERS PANEL:** Smith & Nephew Biotherapeutics
MiMedex Group, Inc.
Medtronic Advanced Energy

**PERSONAL:** Married to Shelby Hopkins Vanderlan. Sons: Colton Emery Vanderlan, Westen Arvah Vanderlan. Enjoy physical fitness training and water sports.