D&Y

6767 Old Madison Pike
Suite 690
Huntsville, AL 35806
800.955.1919

**dystaffing.com**

Send: blake.vanderlan@gmail.com

January 21, 2025

Vanderlan, Wesley Blake MD
5721 Roanoke Trail
Tallahassee, fl 32312

Dear Dr. Vanderlan:

We are confirming your assignment to:

| | |
|---|---|
| Effective Date: | January 2025 |
| Schedule: | North Alabama Medical Center |
| **Cancelled Dates:** | **01/25/25 11:00am-11:00pm; Orientation**<br>**01/26/25-01/31/25 04:00pm-02:00am** |
| Call: | No after hours off site call |
| Holiday: | TBD, Holiday pay will only be offered between the hours of midnight to midnight for the actual holidays as follows: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, Christmas |
| Special Arrangements: | Overtime will be paid at the regular hourly rate. All overtime must be approved prior to working by facility leadership or you jeopardize pay. For overtime/bonus/pay incentives offered onsite please notify the D&Y scheduler immediately so they can obtain confirmation with Teamhealth. Please include name of the onsite approving person on your worklog. Please request during orientation the protocol and process for overtime approval. Available for 4-7+ shifts per month, as soon as credentialed and ongoing. Flight, hotel and rental car with reimbursement of gas associated with the assignment. If you drive your own car gas or mileage, but not both, will be reimbursed. Travel will be booked by D&Y travel. Any special request must be approved by Teamhealth. D&Y Travel department will make all travel arrangements inside 30 days of the assignment. Please submit gas receipts within 30 days.<br><br>Hourly Rates:<br>Day Rate: $300.00 per hour<br>Day Holiday: $450.00 per hour<br>Night Rate: $310.00 per hour<br>Night Holiday: $465.00 per hour |

Compensation for this assignment will be:

| | |
|---|---|
| $300.00 | Per Hour |
| $450.00 | Holiday Rate per Hour |

***Assignment is contingent upon successful completion of hospital credentialing and upon client confirmation of shifts. Note: Any hours worked beyond what is scheduled must have the approval of the Medical Director when submitting your work log for processing. If guarantee is applicable, it is based upon total weekly hours scheduled and does not apply to holidays or requested days/time off during the week.***

**EXHIBIT B**

Individual agrees that the Assignment Dates are contingent upon Provider's completion of the required D&Y and Client documents, including but not limited to, all documents provided to facilitate Client's billing. D&Y reserves the right to delay the start date or cancel the assignment without cause and without prior notice to Provider in the event all credentialing and billing documents are not completed and returned by Provider.

Individual agrees to accurately and completely document patient medical records according to standard medical, Client, and governmental guidelines. Provider agrees to complete and return within five (5) days all requested billing documents, including applications, authorizations, enrollment forms, agreements, and other requested documents. If Provider does not complete Provider's medical records or billing documents within the time specified, D&Y may withhold all or part of Provider's fee or immediately remove Provider from the assignment until those records and documents are complete.

To facilitate our prompt payment to you, please send via fax or email to us each Monday morning following your work week a completed work log cosigned by the authorized Client Representative. Please turn in any reimbursement receipts at that time also.

Should you have any questions regarding this confirmation please contact your Staffing Consultant. Thank you for representing D&Y.

***Please sign below for acknowledgement of assignment rates and return within 2 business days so that we may confirm this assignment in a timely manner. If not returned within 2 business days, we will accept that you confirm the above dates and rates for the assignment.***

IN WITNESS WHEREOF, the parties have executed this Assignment Addendum on the day and year indicated below.

| | | | |
|---|---|---|---|
| By: | Signed by: Akilah Hines F58CDCB3420D496... | By: | DocuSigned by: [signature] 8C03DD7424FC43A... |
| Print Name: | Hines, Akilah | Print Name: | Vanderlan, Wesley Blake MD |
| As Its: | Scheduler | As Its: | Clinician |
| Date: | 1/21/2025 | Date: | 1/21/2025 |

AU 3,004,999
Vanderlan, Wesley Blake_TeamHealth Lifepoint _3,004,999 __

From: Blake Vanderlan
blakevanderlan@yahoo.com
Subject: Fwd: RESIGNATION DUE TO TIZZY
Date: Oct 21, 2025 at 4:01:46 PM
To: jackfish28@aol.com

---

Wesley B. Vanderlan, MD, FACS
Assistant Professor of Surgery
Uniformed Services University of the Health Sciences
Assistant Clinical Professor of Surgery
Louisiana State University, New Orleans
Sent from my iPhone

Begin forwarded message:

> **From:** credentialing@helenkeller.com
> **Date:** January 21, 2025 at 11:40:07 EST
> **To:** Blake Vanderlan <blakevanderlan@yahoo.com>

**Subject: RE: RESIGNATION**

Dr. Vanderlan, your resignation was received and accepted. Thank you!

Medical Staff Office
Office: (256)386-4480
Fax: (256)386-5923
Email: credentialing@HelenKeller.com

-----Original Message-----
From: Blake Vanderlan
<blakevanderlan@yahoo.com>

Sent: Friday, January 17, 2025 12:20 PM
To: credentialing@helenkeller.com
Subject: RESIGNATION

WARNING: This email originated outside of the Huntsville Hospital Health System. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
Please forward all suspicious email messages to phishing@hhsys.org.

-----------------------------------------------------------------------------

--