10:36

◀ Safari




# Transcript

**0:00** okay let's do it because I think that these type of people on the internet can be very dangerous and this is the type

**0:06** of people that I call virtue bullies um individuals who will look at situations like that City by Karen

**0:13** situation and they will apply narratives to those situations instead of listening

**0:18** for more information to come in they'll see a thing and [illegible] a

EXHIBIT C

◄ Safari




# Transcript

**0:25** um and then they will disproportionately go after that person right City by Karen situation your worst case scenario was

**0:32** **that she wanted a bike that another guy had because apparently he had like one of those self driving bikes or pedal**

**0:38** assisted bikes and she didn't get her way so she jumped on it and started acting like I was acting a fool

**0:43** um but in that perspective she's wrong for sure but to

◀ Safari




## Transcript

**2:02** is they take a situation and they signal they will they will sensationalize it rather they will sensationalize these

**2:09** situations 330k on Instagram too they will sensationalize everything that's going on

**2:16** because it gets them more attention whether it's Financial or just makes them feel better

**2:22** um and it's it's a really bad thing to happen online you know the internet is such a crazy

10:43
◂ Safari

r/tiktokgos...

**Thoughts on tizzyent do you find h...**
34 upvotes • 46 comments

He sent his followers to attack a child (under the age of 14). He called a 16 y/o a c**t and said she whores herself out. He treats women like trash. He told a woman of color that he hopes she becomes a victim of DV. He has made racist tweets. There is plenty more.

··· Reply 78

the_weight_around • 1y

Links? I came here because every time I randomly see his videos, I'm like, "Okay, this dude seems all right. Good presentation. "

Today, while I'm eating lunch in my car, after watching a video of his and said, "I

Join the conversation GIF

◀ Safari

r/tiktokgossip
u/bread-warlock • 2y

Join

# As Tizzyent gets media attention again let's remember what he does to kids.

Drama TikTok




Join the conversation GIF

◀ Safari

r/tiktokgossip
u/Account4Uni • 1y

Join

# How is tizzyent even allowed on TikTok?

Concern

Truth be told, I don't use TikTok all that much. But I see this guy, and thatdaneshguy all the time, and I need to rant.

These guys have to be the most self-righteous shit disturbers on the platform. They just openly promote doxxing and harassment and their crazy followers who are at their beck and call. I'll take a recent incident as an example; there's a video going around of an old guy breaking a fishing rod owned by these two kids, and of course these guys got something to say about it.

Now to be honest I've never really agreed with posting a lot



◂ Messages
YouTube
Open in the
YouTube app
OPEN
YouTube
RØDE
Disturbing history of TizzyEnt | TikTok Toxic
567 views · 1 year ago #cancelculture #tizzyent #sjwcrin ...more
The Feud Junkie 112
Subscribe
25
Share
Save
R
Comments
Comments are turned off. Learn more
VIDEOS
youtube.com


Messages
Reels
Friends
5,635
490
many of those bills have
stipulations that basically say
tizzyent
Follow
Attacking a 9 year old ...
Followed by
jchristopherklotz

4:26

◄ Messages

← r/tiktokgos... 

**Thoughts on tizzyent do you find h...**

34 upvotes • 45 comments

Own_Advantage_8253 • 2y

He sent his followers to attack a child (under the age of 14). He called a 16 y/o a c**t and said she whores herself out. He treats women like trash. He told a woman of color that he hopes she becomes a victim of DV. He has made racist tweets. There is plenty more.

... Reply 78

the_weight_around • 1y

Links? I came here because every time I randomly see his videos, I'm like, "Okay, this dude seems all right. Good presentation. "

Today, while I'm eating lunc

Join the conversation

GIF

◂ Messages

r/tiktokgos...

**Thoughts on tizzyent do you find h...**

34 upvotes • 45 comments

**Own_Advantage_8253** • 1y

there is a tiktok page called victimsofizzyent that will give you info on most of the issues with him. it's the easiest way to find everything in one place

... 3

**Own_Advantage_8253** • 1y

and i agree, i liked him at first but very quickly things started coming out

... 2

**Due-Divide7399** • 2y

He bullies kids! And sends people to bully them. He's a psych and not safe

... Reply 2

Join the conversation GIF


4:29
Victimsoftizzyent
victimsoftizzyent
VictimsOfTizzyEnt
1884 followers
Follow
Clip 8
54
Pt 7-
H3 PODCAST- DISCUSSES TIZZYENT-
35
63.1K
Discover more
victimsoftizzy...
543
jordanbsteph
23.1K
1w ago
tiktok.com

◀ Messages




iHeart

Noshirvan and his followers.

We look into the background of the cancel culture TikTok content creators. I will talk about their rise to success through putting pressure on the medical industry during the pandemic to fire unvaccinated staff.

This episode explores the destructive culture surrounding their callout videos. We look at the Sara Comrie (citibike Karen) incident that involved Danesh Noshirvan and Randall Michael McWhorter, a TikTok content creator by the name of TizzyEnt. TizzyEnt would appear on the Young Turks, a race hustling News Network that publishes misleading content.

Criminal Misconduct

iheart.com

◂ Messages

LA NISSAN ROGUE
LA LLEVAMOS AL LÍMITE.
TÚ LLÉVALA A DONDE QUIERAS.
CONOCE MÁS
NISSAN

iHeart

Sinister Motives

September 16, 2023 • 15 mins

This episode looks at the connections between TikTok plaintiff Jennifer Couture and a wealthy family in Florida. It would be the daughter of the wealthy family who would be the catalyst to the online stalking and harassment by Danesh Jon Noshirvan and his followers.

We look into the background of the cancel culture TikTok content creators. I will talk about their rise to success through putting pressure on the medical industry during the pandemic to fire unvaccinated staff.

Criminal Misconduct

iheart.com

◀ Messages

LA LLEVAMOS AL LÍMITE.
TÚ LLÉVALA A DONDE QUIERAS.

iHeart

## An EVIL Trend

September 23, 2023 • 17 mins

In this episode we take a closer look at TikToker TizzyEnt (Randall Michael McWhorter). He appeared on the show The Young Turks in regards to the Sara Comrie Citi Bike incident. I discuss mainstream medias role in race baiting and producing content for shock value. I break down the Jennifer Couture and Dr Ralph Garramone case against Danesh Jon Noshirvan aka ThatDaneshGuy on TikTok. A well know Doxxing cyberstalker with a cult like following. I talk about the financial loss to Dr Garramones plastic surgery business, the weaponisation of Child Protective Services and the role fame seeking, narcissistic social media users had in that.

Share Mark as Played

Criminal Misconduct

iheart.com