IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WESLEY B. VANDERLAN, M.D.,      *
                                     *

    Plaintiff,             *
                                     *

vs.                         *  CIVIL ACTION NO. 25-00156-B
                                   *

JENNIFER NEWTON,            *
                                   *

    Defendant.            *

## JUDGMENT

In accordance with the Order entered on March 30, 2026 (Doc. 27), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendant Jennifer Newton's Motion to Dismiss (Doc. 14) is **GRANTED.** Plaintiff Wesley B. Vanderlan's Second Amended Complaint (Doc. 8) is **DISMISSED without prejudice** for lack of personal jurisdiction. See Fed. R. Civ. P. 12(b)(2).  This action is hereby **DISMISSED without prejudice.**

    **ORDERED** this **1st** day of **April, 2026.**

                                    **/s/ SONJA F. BIVINS**
                             **UNITED STATES MAGISTRATE JUDGE**